UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR281-MU |
|---|---|---|
| | ) | |
| v. | ) | |
| | )     **ORDER** | |
| AUGUSTINE RIVERA RIVERA, ET AL | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon Government's Motion to Sever defendants' cases for trial.

**The Court finds** for the reasons stated in the Government's Motion to Sever that the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the cases of (1) Augustine Antonio Rivera Rivera, (2) Jose Daniel Rivera Rivera, (3) Elton Rodriguez and (4) Ignacio Manuel Rodriguez are hereby severed for all further proceedings.

**IT IS FURTHER ORDERED** that the trial of (4) Ignacio Manuel Rodriguez shall begin during the 4 April 2006 criminal term in the Charlotte Division.

**IT IS FURTHER ORDERED** that the trial of (2) Jose Daniel Rivera Rivera shall begin during the 6 May 2006 criminal term in the Charlotte Division.

**IT IS FURTHER ORDERED** that the trial of (3) Elton Rodriguez shall begin during the 5 June 2006 criminal term in the Charlotte Division.

**IT IS FURTHER ORDERED** that the trial of (1) Augustine Antonio Rivera Rivera shall begin during the 18 July 2006 criminal term in the Charlotte Division.

Signed: March 13, 2006

Graham C. Mullen
United States District Judge

This \_\_\_\_\_ day of March 2006.

                                                    _____
                                                    GRAHAM C. MULLEN
                                                    UNITED STATES DISTRICT JUDGE