UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR281

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AUGUSTINE RIVERA RIVERA, et al ) | |
| ) | |

    This matter is before the court on its own motion. The court's order of March 13, 2006 (doc. 61) incorrectly states that the trial of Jose Daniel Rivera Rivera (2) is set to begin on May 6, 2006. The correct date is May 1, 2006. All other trial dates as stated in the previous order are correct.

    IT IS THEREFORE ORDERED that the trial of **Jose Daniel Rivera Rivera (2)** shall begin on **May 1, 2006.**

    So ordered.

Signed: March 14, 2006

Graham C. Mullen
United States District Judge